Reversed and remanded for further proceedings consistent with the views expressed herein.

Hoffman, J. and Staton, J. concur.

NOTE—Reported at 392 N.E.2d 520.

AMERICAN UNDERWRITERS, INC. *v.* LEWIS CURTIS, MICHAOLA CURTIS, GENGER LYNN LOPER BY WILLIAM E. LOPER, FATHER AND NEXT FRIEND, MATTHEW CARL LOPER BY WILLIAM E. LOPER, FATHER AND NEXT FRIEND, AND WILLIAM E. LOPER, KENNETH JOHNSON.

[No. 2-177A12. Filed August 1, 1979. Transfer granted October 29, 1981.]

BOWMAR INSTRUMENT CORPORATION *v.* ALLIED RESEARCH ASSOCIATES, INC.

[No. 3-976A221. Filed August 1, 1979.]

